```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION
```

|  |  |
|---|---|
| Sidney L. Peterson ) | Honorable Charles P. Kocoras |
| ) |  |
| vs. ) | Case No. 19 CV 415 |
| ) |  |
| Wexford Health Sources, Inc. et al ) |  |
| ) |  |

**TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR REASSIGNMENT**

The above-captioned case having been assigned to the calendar of Judge Feinerman in error; it is recommended that the assignment be vacated and the case be reassigned to the calendar of Judge Kocoras. The reasons for the reassignment are indicated on the reverse side.

```
                              THOMAS G. BRUTON
                                   Clerk

                              /s/Sarah McCarthy, Deputy Clerk
```

Dated: January 23, 2019

****************************************************************

```
              ORDER OF THE EXECUTIVE COMMITTEE
```

IT IS HEREBY ORDERED that the above-captioned case be and the same hereby is to the calendar of Judge Kocoras.

```
                              ENTER:

                              FOR THE EXECUTIVE COMMITTEE



                              Chief Judge Ruben Castillo
```

Dated: January 23, 2019

Local Rule 40.3(b)(1)

Case was assigned by lot to Judge Feinerman in error.  Plaintiff is an inmate who has filed a prior 'conditions of confinement' case (16cv1135).  Therefore, under the above-cited rule, this case should have been assigned directly to the calendar of Judge Kocoras who was assigned to his prior 'conditions of confinement' case.