IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Sidney L. Peterson,                            )
                                               )
                    *Plaintiff*,               )
              *-vs-*                            )        No. 19-cv-415
                                               )
Sarah Mays and Loreatha Coleman,               )        *(Judge Kocoras)*
                                               )
                    *Defendants.*              )

## JOINT STATUS REPORT

The parties report that they have an agreement subject to formal approval by IDOC and request 28 days for completion of settlement documents.

Respectfully submitted,

/s/ Kenneth N. Flaxman
Kenneth N. Flaxman
ARDC No. 08830399
Joel A. Flaxman
200 South Michigan Ave. Ste 201
Chicago, Illinois 60604
(312) 663-9500
*Attorneys for Plaintiff*

/s/ Michael Norton (with consent)
Michael Norton
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, Illinois 60603
(224) 654-3083 (office)
*An Attorney for Defendants*